**FILED**
**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

**FEB 1 5 2019**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-437 JB |
| ) | |
| vs. ) | |
| ) | 18 U.S.C. §§ 1153 and 1112: Voluntary |
| PATRICK YELLOWHAIR, ) | Manslaughter. |
| ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about October 3, 2018, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **PATRICK YELLOWHAIR**, an Indian, upon a sudden quarrel and heat of passion, unlawfully killed John Doe and in so doing acted recklessly with extreme disregard for human life.

In violation of 18 U.S.C. §§ 1153 and 1112.

JOHN C. ANDERSON
United States Attorney

ALLISON JAROS
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
505-346-7274