IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cr. No.: 19-00437 KWR |
| | ) | |
| **PATRICK YELLOWHAIR,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL**

**THIS MATTER** is before the Court on the United States' Unopposed Motion for Competency Determination (Doc. 50).  The Court finds the motion is well-taken and should be granted.  Based on the representations of counsel and the sealed Bureau of Prisons forensic psychological report (Doc. 49), the Court finds that:

1. The defendant, Patrick Yellowhair, is presently capable of understanding the nature and consequences of the proceedings against him.

2. The defendant is also capable of meaningfully consulting with his attorney and assisting properly in his defense.

3. The defendant is, therefore, competent to stand trial and proceed with the case.

So Ordered this 21st day of October, 2020.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted by:
Allison C. Jaros, Assistant U.S. Attorney

Approved by: Amanda R. Lavin, Counsel for Defendant