IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                                    1:19-CR-00437-KWR

PATRICK YELLOWHAIR,

        Defendant.

UNOPPOSED MOTION TO CONTINUE SENTENCING SETTING

Patrick Yellowhair, the defendant, by and through his attorney of record, Amanda Lavin, Assistant Federal Public Defender, moves this Court for an order continuing the sentencing setting of March 17 2021 for 30 days, as well as related deadlines. Assistant United States Attorney Allison Jaros, Esq., was contacted regarding the government's position on this motion, and does not object. In support of his motion, Mr. Yellowhair states as follows:

1. Mr. Yellowhair entered a plea of guilty in this matter on February 15, 2019.
2. This case is set for sentencing on February 3, 2021. Mr. Yellowhair is currently in the custody of the U.S. Marshal Service, and housed at the Cibola County Correctional Center.
3. Undersigned counsel is still in the process of gathering records and conducting investigation relevant to Mr. Yellowhair's defense at sentencing. A 30-day

1

continuance of the March 17th sentencing hearing will allow Mr. Yellowhair the time necessary to adequately prepare for sentencing. Counsel does not anticipate further continuances beyond the one requested in this motion.

4. Mr. Yellowhair faces a maximum of 15 years' imprisonment in the bureau of prisons, and an advisory guideline range of 78-97 months (Doc. 23).

5. A continuance as set forth above will not prejudice either party, and is not premised upon congestion of the court's docket.

6. Allison Jaros, attorney for the United States, does not oppose a continuance of the sentencing hearing.

WHEREFORE, Mr. Yellowhair respectfully requests that the court continue the March 17, 2021 sentencing hearing for an additional 30 days.

**FEDERAL PUBLIC DEFENDER**
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489

*Electronically filed March 5, 2021*

/s/ Amanda Lavin
Assistant Federal Public Defender
amanda_lavin@fd.org