UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## ZOOM SENTENCING MINUTE SHEET

| | |
|---|---|
| CR No: 19-437 KWR | USA vs.: PATRICK YELLOWHAIR |
| Date: 5/12/21 | Name of Deft: PATRICK YELLOWHAIR |

Before the Honorable: Kea W. Riggs, U.S. District Judge

| | | | |
|---|---|---|---|
| Time In/Out: 2:09pm-2:46pm | | Total Time in Court (for JS10): | 37 minutes |
| Clerk: C. Bevel | | Court Reporter: | J. Goehl |
| AUSA: Allison Jaros | | Defendant's Counsel: | Amanda Lavin |
| Sentencing in: Albuquerque | | Interpreter: | N/A |
| Probation Officer: Kelly Borland | | Interpreter Sworn?  Yes | No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X Information | Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: 2/15/19 | | PSR: X Not Disputed | | Disputed | X Courts adopts PSR Findings | | |
| Evidentiary Hrg: X Not Needed | | Needed | | Exceptions to PSR: | | | |

### SENTENCE IMPOSED

| | | |
|---|---|---|
| Imprisonment (BOP): | 90 months | |
| Supervised Release: 3 years | | Probation: |
| REC  X  500-Hour Drug Program | BOP Sex Offender Program | Other: |
| ICE  Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulation | X | Community service for 50 hours during supervised release. |
| X | Participate in/successfully complete subst abuse program/testing No more than 60 per year. | | Reside halfway house 6 months ___ days |
| X | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants Testing not to exceed more than 4 per day. | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-defendant(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| X | Waive right of confidentiality and allow the treatment provider to release treatment records | | Restricted from occupation with access to children |
| X | Must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning, whether or not intended for human consumption. | | No loitering within 100 feet of school yards |
| | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). | | If defendant is unemployed - Must participate in an educational or vocational services program and follow the rules and regulations of that program |
| X | OTHER: You must participate in and successfully complete a community-based program which provides education and training in anger management. You must take all mental health medications that are prescribed by your treating physician. You may be required to pay all, or a portion, of the costs of the program. | | |

| | | |
|---|---|---|
| Fine: $ 0 | Restitution: $ | None ordered |
| SPA: $ 100.00 (100 per count) | Payment Schedule: X Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |

| X | Recommended place(s) of incarceration: | Therapeutic facility such as Carswell, TX |
|---|---|---|
|   | Dismissed Counts: | |
| OTHER COMMENTS: | | Victim representative Veadora Yellowhair (sister to defendant and victim) addresses Court.<br>Ms. Lavin addresses Court.<br>Defendant allocates to the Court.<br>Ms. Lavin requests placement in federal medical center to address cognitive issues and previous back injury.<br>Ms. Jaros addresses Court. |